UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X
RAMON ESPINAL

       Petitioner,            MEMORANDUM AND ORDER

   -against-                 Civil Action No.
                               CV-00-1337 (DGT)
FLOYD BENNETT,              CV-00-6536 (DGT)

       Respondent.

---------------------------------X

Trager, J:

    On application of the District Attorney dated February 17, 2009, the judgment dated December 31st, 2008 is hereby stayed pending appeal on the condition that the District Attorney file an application for an accelerated briefing and hearing of the appeal within 14 days of the date of this order.


Dated: Brooklyn, New York
       February __, 2009

                                    SO ORDERED:

                                    s/ DGT
                                  David G. Trager
                                  United States District Judge